UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RONNIE DELAUNE**                                         **CIVIL ACTION**

**VERSUS**                                                       **No. 12-452**

**B&B MARINE, LLC**                                        **SECTION I**

## ORDER

Considering the parties' joint motion[1] to dismiss with prejudice,

**IT IS ORDERED** that all claims asserted in the captioned matter are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, December 11, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 12.