UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONNIE DELAUNE** | **CIVIL ACTION** |
| **VERSUS** | **NO:  12-0452** |
| **B&R MARINE, LLC** | **SECTION: "I" (4)** |

### ORDER

The undersigned Magistrate Judge was notified by the plaintiff's counsel that negotiations were successful and a settlement was reached. Therefore, the Settlement Conference **(Rec. Doc. #8)** was **Cancelled.**

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 11th day of December 2012.

*[signature]*

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Lance M. Africk**